**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JESSICA T.,

Plaintiff,

v. CIVIL ACTION NO. 3:26-0462

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny the Plaintiff's request for reversal and outright award for benefits or remand (ECF No. 7), grant the Commissioner's request to affirm (ECF No. 10), affirm the final decision of the Commissioner, and dismiss this matter from this Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and, consistent with the findings and recommendation, **DENIES** the Plaintiff's request for reversal and outright award for benefits or remand (ECF No. 7), **GRANTS** the Commissioner's request to affirm (ECF No. 10), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from this Court's docket.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: November 20, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE